**FILED**
October 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos
DEPUTY

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
**Western District of Texas**
Pecos Division

United States of America
v.
Tywon Lavelle TAYLOR

*Defendant(s)*

Case No. **PE: 26-MJ-399**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 10/17/2026 in the county of Presidio in the WESTERN DISTRICT OF TEXAS, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Michael McCall
*Complainant's signature*

Michael McCall, Special Agent, HSI
*Printed name and title*

**Complaint sworn to telephonically and electronically signed on this date. FED.R.CRIM.P. 4.1(b)(2)(A)**

Date: 10/20/2026

*Judge's signature*

City and state: Pecos, Texas

Honorable Judge David B. Fannin
*Printed name and title*

Affidavit

On October 17, 2026, at approximately 2337 hours, Marfa Police Department Officers conducted a vehicle stop on a white in color 4 door Toyota Corolla after observing the driver committing a traffic infraction; traveling 62 mph in a posted 35 mph zone. Officers identified the driver as Tywon TAYLOR. TAYLOR was traveling with his spouse. TAYLOR informed the Officer they were traveling from Alpine, Texas where they attended a college football game, and they were returning to their residence in California.

The Officer requested proof of insurance, with TAYLOR informing the Officer, the vehicle belonged to a rental company. The Officer was provided with the rental agreement documentation indicating the vehicle was rented in Dallas, Texas on 10/16/2026. The Officer asked TAYLOR how they travelled to Dallas. TAYLOR informed the Officer that they had flown to Dallas to visit his mother. When asked why they didn't fly back, TAYLOR stated they chose to drive back due to the cost.

Due to the travel pattern and TAYLOR's inconsistent stories, the Officer requested a K-9 conduct an open-air sniff. K-9 Officer utilized their assigned K-9 to conduct an open-air sniff of TAYLOR's rental vehicle resulting in a positive alert to the driver side door.

The Officer informed TAYLOR and his spouse that the K-9 search resulted in a positive alert, providing the Officers Probable Cause to search the vehicle. During the search of the vehicle, Officer's discovered SIX (6) pistols located in the trunk of the vehicle.

TAYLOR was asked who the firearms belonged to. TAYLOR stated the firearms belonged to his brother. TAYLOR was asked why he was in possession of his brothers' firearms and TAYLOR did not have a clear answer. TAYLOR was asked if he had any type of receipts for the firearms and TAYLOR did not have a clear answer. The Officer asked TAYLOR's wife if she was aware of the firearms in the vehicle, to which she said she did not have any knowledge.

Law Enforcement queries were conducted on TAYLOR revealing an extensive criminal history including felony convictions. The Officer asked TAYLOR if he had any felony convictions. TAYLOR stated that he was a convicted felon and had been out of prison for approximately 3 years.

Homeland Security Investigations from the Presidio RAC office was notified and responded to initiate their investigation. TAYLOR was advised of his Miranda Statement of Rights, TAYLOR understood his rights, agreed to speak without his attorney present and chose not to sign the form.

TAYLOR stated he and his wife flew from Los Angelos, California to the Dallas area on October 15, 2026, to visit family. TAYLOR stated he purchased the SIX (6) firearms from a

family friend in a parking lot. TAYLOR stated he purchased the firearms for him and his family's protection due to the neighborhood they reside in. TAYLOR stated he was a convicted felon and had served 20 years for narcotics related charges. TAYLOR stated he believed he could possess a firearm since he was no longer on parole.

On 03/18/2005, TAYLOR was convicted of Criminal Conspiracy (182 PC), severity felony, enhancing factors: Street Gang Act, disposition (convicted committed to prison); sentenced 204 months prison. On 08/12/2014, TAYLOR was convicted of Bring Control Sub/Etc into Prison/Etc (4572 PC), sentenced to consecutive with Term now serving.

A Google search was conducted on Taurus USA, Sig Sauer and Rock Island Armory revealing the firearms were not made in the State of Texas, therefore affecting interstate commerce. Based on my training and experience, the firearms appear to be functional.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other law enforcement officers.

Michael McCall

Michael McCall
HSI Special Agent